1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AMRIK SINGH,                              No.  2:25-cv-1572 DJC AC

12              Plaintiff,

13         v.                                   ORDER

14    SACRAMENTO VALLEY CHARTER
      SCHOOL, et al.,
15
                Defendants.
16

17

18         Magistrate Judge Sean C. Riordan will hold a settlement conference in this case on March

19    18, 2026, at 10:00 a.m.  The settlement conference will be held via Zoom unless the parties

20    request that the conference be conducted in person; login details will be provided prior to the date

21    of the conference.  The court expects that the parties will proceed with the settlement conference

22    in good faith and attempt to resolve all or part of the case.  If any party believes that the

23    settlement conference will not be productive, that party shall so inform the court as far in advance

24    of the settlement conference as possible.  Unless otherwise specifically authorized by the court in

25    advance of the settlement conference, the following individuals must participate in the settlement

26    conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with

27    full authority to negotiate and settle the case, on any terms.

28         No later than March 11, 2026, each party must submit to Judge Riordan's chambers at

                                                 1

1  scrorders@caed.uscourts.gov a confidential settlement conference statement.  These statements

2  should not be filed on the docket; however, each party shall e-file a one-page document entitled

3  Notice of Submission of Confidential Settlement Conference Statement.  The statements should

4  be marked "CONFIDENTIAL" and should state the date and time of the conference.

5         While brevity is appreciated, each statement must include:

6         (1) a brief recitation of the facts;

7         (2) a discussion of the strengths and weaknesses of the case, from your party's

8  perspective;

9         (3) an itemized estimate of your party's expected costs for further discovery, pretrial, and

10  trial matters, in specific dollar terms;

11        (4) your best estimate of the probability that plaintiff will obtain a finding of liability

12  should this case proceed to trial, in percentage terms;

13        (5) should this case proceed to trial and defendant be found liable, please provide the

14  following, in specific dollar terms:

15             (a) a realistic high-end recovery estimate (i.e., realistic best- or worst-case

16             scenario)

17             (b) a realistic low-end recovery estimate (i.e., realistic worst- or best-case

18         scenario), and

19             (c) a best estimate of the most likely outcome;

20        (6) a history of settlement discussions, including:

21             (a) a statement of your expectations for settlement discussions;

22             (b) a listing of any past and present settlement offers from any party (including all

23             terms);

24             (c) whether your party would consider making the opening offer or demand, and

25             what that offer might be;

26        (7) a list of the individuals who will be participating in the settlement conference on your

27  party's behalf, including each participant's name and, if appropriate, title;

28        (8) identification of any related cases or of any other cases that the parties might wish to

1  discuss at this settlement conference; and

2      (9) a completed worksheet (blank version attached) highlighting your responses to certain

3  of the above questions.

4      Judge Riordan will hold a short, pre-settlement conference via Zoom on March 16, 2026

5  at 2:30 p.m.  Only the lead attorney from each side[1] should participate.  At Judge Riordan's

6  discretion, the joint discussion may be followed by private discussions between the judge and

7  each party.  Zoom login information will be provided in advance of March 16, 2026.

8      In accordance with the above, it is hereby ORDERED that:

9      1.  A pre-settlement conference is set before Magistrate Judge Riordan on March 16, 2026

10 at 2:30 p.m.

11     2.  A settlement conference is set before Magistrate Judge Riordan on March 18, 2026, at

12 10:00 a.m.

13     3.  No later than March 11, 2026, each party must submit a confidential settlement

14 conference statement, as described above, to Magistrate Judge Riordan.

15 DATED: October 20, 2025

16

17                                              _____

18                                              SEAN C. RIORDAN
                                                UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

[1]  The court expects that the attorneys participating in the pre-settlement conference discussion will also participate in the settlement conference.

3

# Pre-Settlement Worksheet

| | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |

1